Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Erica J. Stutman
Nevada Bar No. 10794
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:   (702) 784-5252
Email: asorenson@swlaw.com
           estutman@swlaw.com

*Attorneys for US Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2004-WWF1 by its Attorney in Fact Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank, N.A., named as America's Servicing Company*

[Additional Counsel on Signature Page]

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY D. HART AND ANITA L. HART,<br><br>Plaintiffs,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-WWF1 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.; AMERICA'S SERVICING COMPANY; and NATIONAL DEFAULT SERVICING CORPORATION; and DOES I through X, and ROES I through X, inclusive<br><br>Defendants. | CASE NO. 2:12-cv-01767-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |

Plaintiffs Jeffrey D. Hart and Anita L. Hart ("Plaintiffs") and Defendants US Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2004-WWF1 by its Attorney in Fact Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Home Mortgage, Inc. ("US Bank"), Wells Fargo Bank, N.A., named as America's Servicing Company ("Wells Fargo,"), and National Default Servicing Corporation ("NDSC," together with US Bank and Wells Fargo, "Defendants") stipulate as follows:

1. The Complaint is dismissed in its entirety with prejudice.
2. The preliminary injunction issued in Clark County District Court Case No. A-12-667883-C is dissolved.
3. Each party will bear its own attorneys' fees and costs in this matter and in the related Clark County District Court action.
4. Defendants will postpone the trustee's sale of the real property located at 10741 Huntington Hills Drive, Las Vegas, Nevada 89144 (the "Property"), to be held no earlier than thirty (30) days after the Order upon this Stipulation (the "Order") is entered by this Court.
5. Plaintiffs will vacate the Property within thirty (30) days after the Order is entered, and will leave the Property in a safe and secure condition.
6. All funds ordered by the Clark County District Court to be paid into court or to Plaintiffs' counsel will be returned to Plaintiffs.
7. Plaintiffs will file a copy of the Order in the aforementioned case in Clark County District Court within ten (10) days following the Court's entry of the Order to Dismiss, and agree to file any additional pleadings as may be necessary to dissolve the injunction and dismiss the Clark County District Court action with prejudice.

Dated: January 11, 2013.

SNELL & WILMER L.L.P.

By: */s/ Amy F. Sorenson, Esq.*
Amy F. Sorenson, Esq. (#12495)
3883 Howard Hughes Pkwy., Ste 1100
Las Vegas, NV 89169

Erica J. Stutman (#10794)
One Arizona Center
Phoenix, AZ 85004

*Attorneys for US Bank National Association as Trustee for Asset-Backed Pass-Through Certificates, Series 2004-WWWF1 by its Attorney in Fact Wells Fargo Bank, N.A., Successor by Merger to Wells Fargo Home Mortgage, Inc. and Wells Fargo Bank, N.A., named as America's Servicing Company*

TIFFANY & BOSCO, P.A.

By: /s/ Kevin S. Soderstrom
Gregory L. Wilde, Esq. (#4417)
Kevin S. Soderstrom, Esq. (#10235)
212 S. Jones Blvd.
Las Vegas, NV 89107
Telephone: (702) 784-5200

*Attorneys for Defendant National Default Servicing Corporation*

By: /s/ Susan A. Segel (fka Trautmann)
Susan A. Segel (fka Trautmann), Esq. (#8910)
624 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 252-0520

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED** this 11th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge